

July 19, 2023

IT IS SO ORDERED:

David N. Hurd
U.S. District Judge

Dated: 07-20-2023

**VIA ECF**

Hon. David N. Hurd
United Sates District Judge
Alexander Pirnie Federal Building and United States Courthouse
10 Broad Street
Utica, New York 13501

    Re:    *Kellogg and Harmon v. Nichols*, 1:23-CV-658 (DNH/CFH) (NDNY)

Your Honor,

    I represent the plaintiffs, Jeremy Kellogg and Jonathan Harmon, in the above-referenced matter. I write to request an extension of time in which to file a response to the defendant's Motion to Dismiss. Counsel for the defendant consents to this request.

    Respectfully, there is good cause for the plaintiffs' request for an extension of time. I am a solo practitioner with the following deadlines and commitments:

- *Mintz et al v. Nigrelli et al.* 1:23-cv-00795-MAD-CFH (NDNY) reply in motion for a preliminary injunction due Friday, July 21; hearing in the same matter July 28;
- *Mawere v. Landau, et al.* 501184/2012 (Kings County Commercial Division) oppositions in two (2) separate motions for summary judgment in multi-defendant litigation due August 7;
- *Taveras v. New York City*, 1:20-cv-01200-KPF (SDNY) motion for summary judgment due August 11;
- *Baird v. Bonta*, 2:19-cv-00617-KJM-AC (CAED) motion for summary judgment due August 18;
- *Matter of Kantarakias v Kim*, 2023-04632 (2d Dept.) reply due August 21.

    During the week of July 24-28, 2023, I have a scheduled vacation with extended family, planned last year.

    The plaintiffs' response to the defendants' Motion to Dismiss is currently scheduled to be filed on August 3, 2023. If the instant request is granted, the plaintiffs' response will be filed on August 28, 2023; the defendants' reply, and the motion return date, will be September 11, 2023.

- 2 -

Thank you for the Court's consideration.

Very truly yours,

*Amy L. Bellantoni*
Amy L. Bellantoni

cc: All Counsel (via ECF)