UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
───────────────────────────────

JEREMY KELLOGG and JONATHAN HARMON,

                                                    *Plaintiffs*,

    -against-                                         **ORDER TO SEAL**
                                                           No. 1:23-CV-658
                                                            (DNH/CFH)

JONATHAN C. NICHOLS, Individually and in his
Capacity as statutory licensing officer pursuant to
Penal Law 265.00(10); 400.00 *et seq*.,

                                                    *Defendant*.
───────────────────────────────

       WHEREAS, Columbia County conducted background checks regarding the Pistol License Applications of Plaintiffs, Jeremy Kellogg and Jonathan Harmon ("Plaintiffs");

       WHEREAS, Columbia County Court Judge Hon. Jonathan D. Nichols denied Plaintiffs' Pistol License Applications on March 23, 2023, based in part on Plaintiffs' criminal records that were disclosed in those background checks;

       WHEREAS, any public disclosure of any papers pertaining to Plaintiffs' criminal records that were revealed after Plaintiffs' submission of Pistol License Applications, may harm Plaintiffs' good standing and reputation in the public;

       WHEREAS, Plaintiffs have requested that the applications and a redacted memorandum of law be filed under seal, and Defendant does not object;

2

And WHEREAS the Court, having considered the interests of the public as well as of the parties, and finding that good cause exists to permit Defendant to file under seal, at the request of Plaintiffs; it is hereby

ORDERED that Plaintiffs' Pistol License Applications and all relevant papers regarding Plaintiffs' criminal records, in this action shall be filed under seal during the pendency of this action.

**IT IS SO ORDERED.**

Date:  August 2, 2023

_____
David N. Hurd
U.S. District Judge